THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LAUNCH PAD TECHNOLOGIES, INC. dba ENTRANCE CONTROLS,<br><br>       Plaintiff/Counterclaim Defendant,<br><br>       vs.<br><br>ADT COMMERCIAL LLC (erroneously sued as "ADT LLC"),<br><br>       Defendant/Counterclaimant.<br><br>ADT COMMERCIAL LLC,<br><br>       Crossclaimant<br><br>       vs.<br><br>DEANNA MOORE,<br><br>       Crossclaim Defendant | NO. 3:21-cv-05382 RJB<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to Rule 26(f) and this Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (DOC 6), counsel for the parties certify that on July 23, 2021, they conferred by email to discuss the nature and basis of their clients' claims and defenses, the

JOINT STATUS REPORT (21-05382 RJB) Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

possibilities for a prompt settlement or resolution of the case, and a proposed discovery plan. After conferring, counsel for the parties have agreed upon the following:

1. <u>Nature and Complexity of the Case</u>:  Crossclaim Defendant Deanna Moore ("Moore") is a former employee of Defendant/Counterclaimant/Crossclaimaint ADT Commercial, LLC ("ADTC") and current employee of Plaintiff/Counterclaim Defendant Launch Pad Technologies, Inc. dba Entrance Controls ("Entrance Controls"). There is a dispute amongst the parties regarding the enforceability of a Confidential Information and Nonsolicitation Agreement Moore signed. ADTC has brought counterclaims against Entrance Controls alleging trade secret misappropriation, tortious interference with its business expectancies, and vicarious liability for Moore's breach of her agreement and her duty of loyalty by soliciting ADTC's clients. ADTC has asserted crossclaims against Moore. Entrance Controls and Moore deny any liability.  Moore has asserted a counterclaim against ADTC for unpaid wages, which ADTC denies.

2. <u>Proposed Deadline for Joining Additional Parties</u>:  Additional parties should be joined no later than September 23, 2021.

3. <u>Magistrate Judge Consent</u>: No.

4. <u>Proposed Discovery Plan</u>

A. Initial Disclosures:  The parties will exchange Initial Disclosures pursuant to FRCP 26(a)(1) as ordered by the Court on August 16, 2021. The parties agree to produce and deliver paper or electronic copies of any documents identified in their Initial Disclosures without a formal discovery request, though the parties recognize that they may be unable to produce all such documents on the day Initial Disclosures are due.

B. Subjects, Timing, & Phasing of Discovery: The parties intend to conduct discovery regarding the allegations in the Complaints, the parties' alleged damages, and the parties' defenses. The parties believe that phased discovery is unnecessary, except that lay discovery shall be completed before expert discovery.

JOINT STATUS REPORT (21-05382 RJB) Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

C. Electronically Stored Information (ESI): The parties generally anticipate producing documents in discovery formatted as text searchable PDFs or native files.. The parties agree to confer regarding ESI production, formatting, preservation, and production throughout the discovery process. Before production of any electronically stored information (ESI), the parties agree to confer with each other regarding the nature and type of ESI to be produced, including the form of production. The parties agree to confer regarding an ESI protocol, working from the Western District of Washington's model order, with potential agreed modifications, to govern exchange of ESI.

D. Privilege Issues: The parties do not believe the case will involve unique or extensive claims of privilege or work product protection.

E. Proposed Limitations on Discovery: At this time, the parties do not request any changes in the limitations on discovery other than the limits imposed by the Federal Rules of Civil Procedure and the Local Civil Rules. The parties reserve the right to make such a request in the future.

F. Discovery-Related Orders: The parties agree to negotiate a tailored version of the Model Protocol for Discovery of ESI, which will be submitted for the Court's approval at a later date. The claims involved in this litigation involve misappropriation of trade secrets and disclosure of confidential materials.  The parties will confer as necessary regarding a Stipulated Protective Order to protect confidential or proprietary information produced in discovery. At this time, the parties agree that no additional orders should be entered by the Court pursuant to FRCP 26(c) or Local Civil Rule 16(b) and (c).

5. Local Rule 26(f)(1) Matters

A. Prompt Case Resolution: The parties discussed at the Rule 26(f) conference the possibilities of promptly resolving the case, but believe at least some discovery is necessary before settlement discussions would be meaningful.

JOINT STATUS REPORT (21-05382 RJB) Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

B.  Alternative Dispute Resolution: The parties agree to explore options for early resolution of this matter. If any such negotiations fail, the parties intend to participate in an ADR process, and anticipated method of ADR will be private mediation with an agreed mediator. The parties agree that mediation in this case should be completed at least 90 days prior to trial.

C.  Related Cases: Not applicable.

D.  Discovery Management: The parties agree to manage discovery fairly and efficiently. The parties will work cooperatively to manage discovery, including by scheduling discovery or case management conferences with the judge assigned to the case as necessary and presenting discovery disputes to the court by informal means. The parties agree that for purposes of service and computation of response deadlines under the Local Rules, filing by ECF will constitute service by hand on the date ECF automated notification is sent.

The parties consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the e-mail addresses at which each attorney of record receives ECF filings in this case, with a copy to any other in-office staff requested by the attorney of record such as paralegals and legal assistants. The parties agree that discovery may be signed by e-signature rather than by hand.

E.  Anticipated Discovery Sought: The parties intend to conduct discovery regarding the allegations in the Complaints, the parties' alleged damages, and the parties' defenses. The parties do not anticipate that they will need more than the allotted depositions provided for under the Federal Rules of Civil Procedure.

F.  Phasing Motions: The parties believe phased motions are unnecessary at this time.

JOINT STATUS REPORT (21-05382 RJB) Page 4

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

1    G. Preservation of Discoverable Information: The parties represent that they have taken appropriate and reasonable steps to preserve potentially discoverable ESI, such as e-mails, messaging application transcripts, and social-media content. No Court intervention is needed on this issue at this time.

H. Privilege Issues: Please see the entry for section 4(D) above, which is incorporated by reference.

I. Model Protocol for Discovery of ESI: Please see the entry for Section 4(C) above, which is incorporated by reference.

J. Alternatives to Model Protocol for Discovery of ESI: The parties do not expect substantive alternatives to the Model Protocol for Discovery of ESI.

6. Discovery Cutoff/Other Deadlines: The parties propose a discovery deadline of 120 days before trial. The parties propose that expert disclosure deadline should be 90 days before the close of discovery, with rebuttal experts disclosed 30 days later. The parties request a dispositive motion filing deadline no earlier than 30 days after the close of discovery.

7. fBifurcation of Trial: At this time, the parties do not believe the trial should be bifurcated.

8. Pretrial Statement and Pretrial Order: The parties do not waive the requirement of Pretrial Statements and creation of a Pretrial Order.

9. Shortening or Simplifying Case: The parties do not have any other suggestions for simplifying or shortening the case.

10. Trial Readiness: The parties agree that this case can be ready for trial by August 1, 2022.

11. Nature of Trial: Trial will be by jury.

12. Length of Trial: The parties estimate it will take no more than 5 court days to try this case.

JOINT STATUS REPORT (21-05382 RJB) Page 5

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

13. <u>Trial Counsel Contact Information</u>:

<u>Attorneys for Plaintiff/Counterclaim Defendant Entrance Controls</u>
Brian Chenoweth
CHENOWETH LAW GROUP PC
170 S. Lincoln St., Ste. 100
Spokane, WA  99201

<u>Attorneys for Defendant/Counterclaimant/Crossclaimant ADTC</u>
Catharine Morisset
Meghan McNabb (admission pending)
FISHER & PHILLIPS LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
Phone: (206) 682-2308

<u>Attorneys for Crossclaim Defendant Moore</u>
Joseph J. Haddad
JJH Law, PC
514 NW 11th Ave. Unit 201
Portland, OR 97209
Phone: (503) 552-1567

14. <u>Trial Conflicts</u>: At this time, the parties do not anticipate any trial conflicts if the Court sets trial on or after the agreed date of August 1, 2022.

15. <u>Service to Defendant</u>: ADTC, Entrance Controls, and Moore have all been served.

16. <u>Pretrial Conference</u>: At this time, the parties do not wish to schedule a pretrial FRCP 16 conference with the judge.

17. <u>Corporate Disclosure Statements</u>:   ADTC filed a Corporate Disclosure Statement on June 1, 2021. Entrance Controls filed its Corporate Disclosure Statement on June 11, 2021.

//

//

//

JOINT STATUS REPORT (21-05382 RJB) Page 6

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

DATED this 24th day of August 2021.

| | |
|---|---|
| FISHER & PHILLIPS LLP | CHENOWETH LAW GROUP PC |
| By s/ Catharine M. Morisset<br>Catharine M. Morisset, WSBA #29682<br>Meghan McNabb, WSBA #55000<br>(admission pending)<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>Tel.: (206) 682-2308<br>Fax: (206) 682-7908<br>Email: cmorisset@fisherphillips.com<br>*Attorneys for Defendant/Crossclaimant ADT Commercial LLC* | By s/ Brian Chenoweth (*per email authority*)<br>Brian Chenoweth, WSBA #25877<br>CHENOWETH LAW GROUP PC<br>170 S. Lincoln St., Ste. 100<br>Spokane, WA 99201<br>Tel.: (509) 221-77958<br>Cell: (509) 221-2182<br>Email: brianc@chenowethlaw.com<br>*Attorney for Plaintiff /Counterclaim Defendant* |

JJH LAW, P.C.

By s/ Joseph J. Haddad (*per email authority*)
Joseph J. Haddad
JJH Law, P.C.
514 NW 11th Avenue, Suite 201
Portland, OR 97209
Email: joseph@jjh-law.com
*Attorney for Crossclaim Defendant Deanna Moore*

JOINT STATUS REPORT (21-05382 RJB) Page 7

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| Brian Chenoweth, WSBA #25877<br>CHENOWETH LAW GROUP PC<br>170 S. Lincoln St., Ste. 100<br>Spokane, WA  99201<br>Tel.:  (509) 221-77958<br>Cell:  (509) 221-2182<br>Email:  brianc@chenowethlaw.com<br>            bmartinez@chenowethlaw.com<br>            kpeddie@chenowethlaw.com<br>*Attorney for Plaintiff /Counterclaim Defendant* | Via CM/ECF |
| Joseph J. Haddad<br>JJH Law, P.C.<br>514 NW 11th Avenue, Suite 201<br>Portland, OR 97209<br>Email: joseph@jjh-law.com<br>*Attorney for Crossclaim Defendant Deanna Moore* | Via CM/ECF |

Executed August 24, 2021, at Seattle, Washington.

_____
Jazmine Matautia

JOINT STATUS REPORT (21-05382 RJB) Page 8

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 41440485.1